B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Nicole M Hintz**  
Debtor(s)

Case No. **15-47514**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Christian Financial Cr | **Describe Property Securing Debt:** <br> 2012 Chrysler 200 <br> In Codebtor's possession |
|---|---|

Property will be (check one):  
■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt  ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Christian Financial Cr | **Describe Property Securing Debt:** <br> 2013 Chrysler 200 |
|---|---|

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt  ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES  ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com  
Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 20, 2015**  Signature  **/s/ Nicole M Hintz**
**Nicole M Hintz**
Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy